JS-6

1

2

3

4

5

6

7

8

9

10                     UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

QIFENG SUN,                              No. 24-cv-11250-PA-JC

13
                                         **ORDER DISMISSING CASE**
              Plaintiffs,
14

15                   v.
                                         Honorable Percy Anderson
16   ALEJANDRO MAYORKAS,                  United States District Judge

17   SECRETARY OF HOMELAND
     SECURITY, ET AL.
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1.     The instant action shall be dismissed without prejudice;

2.     USCIS shall interview Plaintiff on September 4, 2025, at 7:30 a.m., at the Los Angeles Asylum Office in Tustin, California. USCIS intends to conduct the interview on the date set, however, the parties understand that due to unexpected staffing limitations or other unforeseen circumstances that may arise, USCIS reserves its right to cancel and reschedule the interview. Should rescheduling be necessary, the interview will be rescheduled within four (4) weeks of the original interview date, absent unforeseen or exceptional circumstances;

3.     Plaintiff agrees to attend the interview on the date listed above, absent unforeseen or exceptional circumstances;

4.     If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his asylum interview. See https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to his interview may result in the interview being rescheduled at no fault of USCIS.

5.     If needed, Plaintiff agrees to only make one (1) interview reschedule request and to notify the Los Angeles Asylum Office of the reschedule request, in writing, prior to the scheduled interview date. Plaintiff may email the reschedule request to LosAngelesAsylum@uscis.dhs.gov;

6.     If multiple reschedule requests are made by Plaintiff, USCIS may place the asylum application back into the Los Angeles Asylum Office's general interview scheduling priorities. *See https://www.uscis.gov/humanitarian/refugees-and-*

1

1     *asylum/asylum/affirmative-asylum-interview-scheduling;*

2     7.    Plaintiff understands that additional interview(s) may be required by USCIS
3         as part of the asylum interview process and the adjudication of the
4         application;

5     8.    USCIS agrees to diligently work towards completing adjudication of the
6         asylum application within 120 days of completion of Plaintiff's asylum
7         interview, absent unforeseen or exceptional circumstances that would
8         require additional time to complete adjudication;

9     9.    In the event that USCIS does not complete adjudication of the asylum
10        application within 120 days of the completion of the asylum interview,
11        Plaintiff may refile this action;

12    10.    Plaintiff agrees to submit all supplemental documents and evidence, if any,
13        to USCIS prior to the agreed upon scheduled interview based on the
14        following timelines.  Plaintiff may email any supplemental documents to
15        LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before
16        the interview. Alternatively, Plaintiff may mail the supplemental documents
17        to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003,
18        postmarked no later than ten (10) calendar days prior to the scheduled
19        asylum interview. Plaintiff recognizes that failure to submit these
20        documents in a timely manner may result in the interview being rescheduled
21        at no fault of USCIS;

22    11.    Each party agrees to bear his, her or its own litigation costs, expenses, and
23        attorney fees.

24

25   Dated: _March 07, 2025_

26

27                         _____
                            PERCY ANDERSON
28                      UNITED STATES DISTRICT JUDGE